# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KAREN A. CUNNINGHAM | § | Case No. 15-25417 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/27/2015 . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of           $    125,865.35

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 24,114.88 |
   | Bank service fees | 1,279.78 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]      $ | 100,470.69 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 12/07/2015 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 9,543.27 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 9,543.27 , for a total compensation of $ 9,543.27 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 55.63 , for total expenses of $ 55.63 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/03/2017                 By:/s/Peter N. Metrou, Trustee
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-25417 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | KAREN A. CUNNINGHAM | | | | Date Filed (f) or Converted (c): | 07/27/2015 (f) |
| | | | | | 341(a) Meeting Date: | 08/24/2015 |
| For Period Ending: | 10/03/2017 | | | | Claims Bar Date: | 12/07/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. HARRIS BANK - CHECKING | 200.00 | 0.00 | | 0.00 | FA |
| 2. MISCELLANEOUS HOUSEHOLD | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. EVERYDAY APPAREL | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. MISCELLANEOUS JEWELRY | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. IRA - DEUTSCH & WEALTH | 12,000.00 | 0.00 | | 0.00 | FA |
| 6. DEAN CUNNINGHAM - $2,250.00 MONTHLY CHILD SUPPORT | 0.00 | 0.00 | | 0.00 | FA |
| 7. DISSIPATION JUDGMENT | 52,206.00 | 52,206.00 | | 40,865.35 | FA |
| 8. 2009 BUICK ENCLAVE - 103,000 MILES | 5,000.00 | 0.00 | | 0.00 | FA |
| 9. Fraudulent/preferential transfer/Divorce Attorney | 120,000.00 | 40,000.00 | | 40,000.00 | FA |
| 10. Fraudulent/preferential transfer/Debtor Parent (u) | 0.00 | 45,000.00 | | 45,000.00 | FA |
| 11. Maintenance and Child Support Distribution | 65,248.09 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $257,654.09 | $137,206.00 | | $125,865.35 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Investigation into various transfers made by Debtor and marital assets 8/24/2015.  Employed counsel to pursue preferential/fraudulent transfers and dissipation judgment on 10/30/2015 see Dkt# 23.  Adversary filed for preferential transfer on 11/20/2015 see Dkt# 27. Motion to settle granted on 7/15/2016 see Dkt# 33. Motion for 2004 exam granted on 7/15/2016 see Dkt# 32. Motion to Object to Debtor's Exemptions granted on 10/21/2016 see Dkt# 44.

 Emails to and from Atty Ariane H. regarding liquidation of ex-spouse car per citation and payment of exemption  1-31-2017. Filed motion to employ accountant on 5/2/2017 see Dkt# 51.

| RE PROP # | 9 | -- | Preferential Transfer made to divorce attorney for debtor. |
| RE PROP # | 10 | -- | Settlement of undisclosed fraudulent/pref transfer to Debtor's Mother. |

Initial Projected Date of Final Report (TFR): 10/01/2015    Current Projected Date of Final Report (TFR): 03/30/2017

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 15-25417 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: KAREN A. CUNNINGHAM | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5678 |
| | Checking |
| Taxpayer ID No: XX-XXX4011 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 10/03/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/12/16 | 9 | Panos & Associates 4349 Orland Park | Payment on settlement per court order/approval | 1141-000 | $20,000.00 | | $20,000.00 |
| 08/26/16 | 9 | Panos & Associates 4349 Orland Park | Court Approved Payment Collection of preferential payment per court approval | 1141-000 | $2,000.00 | | $22,000.00 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.75 | $21,980.25 |
| 09/21/16 | 9 | Panos & Associates, LLC 12820 South Ridgeland, Ste A Palos Heights, IL 60463 | Payment on settlement Payment on preferential transfer settlement per court order. | 1141-000 | $2,000.00 | | $23,980.25 |
| 10/04/16 | 10 | Patricia Burke 4348 Orland Hills | Undisclosed preferential/fraudulent transfer Court approve settlement payment on fraudulent/pref transfer | 1241-000 | $5,000.00 | | $28,980.25 |
| 10/04/16 | 10 | Patricia Burke 4348 Orland Hills | Undisclosed preferential/fraudulent transfer Court approved Settlement proceeds from fraud/pref transfer | 1241-000 | $45,000.00 | | $73,980.25 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.58 | $73,947.67 |
| 10/12/16 | 9 | Panos & Associates, LLC 12820 South Ridgeland, Ste A Palos Heights, IL 60463 | Payment on Settlement per court approval | 1141-000 | $2,000.00 | | $75,947.67 |
| 10/12/16 | 10 | Patricia Burke | Payment on settlement. Note that the original log entry was voided because I put the wrong amount on the deposit. Entry was made for $45,000.00 when it should have been $40,000.00 Mistake was made because there was another deposit for $5,000.00 for total deposits that day of $45,000.00. | 1241-000 | $40,000.00 | | $115,947.67 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*     Page Subtotals:     $116,000.00     $52.33

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | |
|---|---|---|---|
| Case No: | 15-25417 | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | KAREN A. CUNNINGHAM | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5678 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX4011 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 10/03/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/12/16 | 10 | Patricia Burke<br>4348 Orland Hills | Undisclosed preferential/fraudulent transfer Reversal<br>Entered wrong deposit amount. Deposit should have been $40,000.00. | 1241-000 | ($45,000.00) | | $70,947.67 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $97.93 | $70,849.74 |
| 11/09/16 | 9 | Panos & Associates, LLC<br>12820 South Ridgeland, Ste A<br>Palos Heights, IL 60463 | Payment on settlement Payment on court approved settlement of preferential transfer. | 1141-000 | $2,000.00 | | $72,849.74 |
| 11/14/16 | 7 | TD Ameritrade Clearing<br>P.O. Box 2226<br>Omaha, NE 68103-2226 | Collection on dissolution judgment<br>State court collection proceeding on citation to discover assets on dissolution of marriage judgment. | 1129-000 | $17,865.35 | | $90,715.09 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $118.61 | $90,596.48 |
| 12/09/16 | 9 | Panos & Associates, LLC<br>12820 South Ridgeland, Ste A<br>Palos Heights, IL 60463 | Court Approved Payment Payment on Preference/fraudulent transfer settlement | 1141-000 | $2,000.00 | | $92,596.48 |
| 12/14/16 | 101 | Law Office Of William J. Factor<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Attorneys fees and costs Interim Fees and Costs per Order dckt# 46 | | | $24,074.99 | $68,521.49 |
| | | Law Office Of William J. Factor | | ($22,566.00) | 3210-000 | | |
| | | Law Office Of William J. Factor | | ($1,508.99) | 3220-000 | | |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $124.20 | $68,397.29 |
| 01/18/17 | 9 | Panos & Associates, LLC.<br>12820 South Ridgeland, Ste A<br>Palos Heights, IL 60463 | Payment on settlement Payment on account of settlement approved by court | 1141-000 | $2,000.00 | | $70,397.29 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*      Page Subtotals: ($21,134.65)    $24,415.73

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 15-25417 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: KAREN A. CUNNINGHAM | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5678 |
| | Checking |
| Taxpayer ID No: XX-XXX4011 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 10/03/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $103.05 | $70,294.24 |
| 02/07/17 | 102 | LTD. International Sureties 701 Poydras St. New Orleans, LA 70139 | Bond Payment | 2300-000 | | $39.89 | $70,254.35 |
| 02/14/17 | 9 | Panos & Associates, P.C. 12820 South Ridgeland, Ste A Palos Heights, IL 60463 | Court Approved Payment See dckt for court approved settlement | 1141-000 | $2,000.00 | | $72,254.35 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $95.81 | $72,158.54 |
| 03/13/17 | 9 | Panos & Associates, LLC 12820 South Ridgeland, Ste A Palos Heights, IL 60463 | Payment on settlement Installment payment on preferential settlement | 1141-000 | $2,000.00 | | $74,158.54 |
| 03/20/17 | 7 | Dean Cunningham No address on Check Issued by Oak Lawn Bank & Trust | Settlement payment Partial Payment on Dissolution of Marriage asset subject to court approval-motion set for 4/7/2017 | 1129-000 | $15,000.00 | | $89,158.54 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $117.73 | $89,040.81 |
| 04/14/17 | 9 | Panos & Associates, LLC 12820 South Ridgeland, Ste A Palos Heights, IL 60463 | Payment on settlement Payment on Court approved per dckt# | 1141-000 | $2,000.00 | | $91,040.81 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $129.74 | $90,911.07 |
| 05/08/17 | 7 | Dean J. Cunningham | Court Approved Payment Final payment on settlement per dckt# 50 | 1129-000 | $8,000.00 | | $98,911.07 |
| 05/17/17 | 9 | Panos & Associates, LLC 12820 South Ridgeland, Ste A Palos Heights, IL 60463 | Court Approved Payment Payment on Court approved settlement see dckt# 30/33 | 1141-000 | $2,000.00 | | $100,911.07 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $145.79 | $100,765.28 |

| UST Form 101-7-TFR (5/1/2011) *(Page: 7)* | Page Subtotals: | $31,000.00 | $632.01 |
|---|---|---|---|

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 15-25417 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: KAREN A. CUNNINGHAM | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5678 |
| | Checking |
| Taxpayer ID No: XX-XXX4011 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 10/03/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $144.98 | $100,620.30 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $149.61 | $100,470.69 |

| | | |
|---|---|---|
| COLUMN TOTALS | $125,865.35 | $25,394.66 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $125,865.35 | $25,394.66 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $125,865.35 | $25,394.66 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*      Page Subtotals:      $0.00      $294.59

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5678 - Checking | $125,865.35 | $25,394.66 | $100,470.69 |
|  | $125,865.35 | $25,394.66 | $100,470.69 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $125,865.35 |
| Total Gross Receipts: | $125,865.35 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:15-25417-BWB  
Debtor Name: KAREN A. CUNNINGHAM  
Claims Bar Date: 12/7/2015  

Date: October 3, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $9,543.27 | $9,543.27 |
| 100 2200 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $55.63 | $55.63 |
| 100 3210 | Law Office Of William J. Factor<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Administrative<br>Payment Status:<br>Valid To Pay | Interim Fees Per Order dckt# 46 | $0.00 | $22,566.00 | $22,566.00 |
| 100 3210 | Law Office Of William J. Factor<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $19,237.50 | $19,237.50 |
| 100 3220 | Law Office Of William J. Factor<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $418.86 | $418.86 |
| 100 3220 | Law Office Of William J. Factor<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Administrative<br>Payment Status:<br>Valid To Pay | Interim Costs Per Order Dckt# 46 | $0.00 | $1,508.99 | $1,508.99 |
| 6 280 5800 | DEAN CUNNINGHAM<br>FIVE WEST JEFFERSON<br>STREET - SUITE 200<br>JOLIET, IL 60432 | Priority<br>Payment Status:<br>Withdrawn | | $0.00 | $12,376.26 | $12,376.26 |
| 1 300 7100 | DISCOVER BANK<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured<br>Payment Status:<br>Valid To Pay | | $4,670.00 | $4,670.39 | $4,670.39 |
| 2 300 7100 | CAVALRY SPV I, LLC<br>SYNCHRONY BANK/JCP<br>500 SUMMIT LAKE DRIVE, STE 400<br>VALHALLA, NY 10595 | Unsecured<br>Payment Status:<br>Valid To Pay | | $1,164.00 | $1,164.07 | $1,164.07 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:15-25417-BWB  
Debtor Name: KAREN A. CUNNINGHAM  
Claims Bar Date: 12/7/2015

Date: October 3, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 3 300 7100 | BANK OF THE WEST 2527 CAMINO RAMON SAN RAMON, CA 94583 | Unsecured Payment Status: Valid To Pay | | $24,752.00 | $24,752.52 | $24,752.52 |
| 4 300 7100 | CAPITAL ONE BANK (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | Unsecured Payment Status: Valid To Pay | | $6,192.00 | $6,192.58 | $6,192.58 |
| 5 300 7100 | CAPITAL ONE, N.A. C O BECKET AND LEE LLP POB 3001 MALVERN, PA 19355-0701 | Unsecured Payment Status: Valid To Pay | | $371.00 | $3,533.58 | $3,533.58 |
| 7 300 7100 | SILVER CROSS HOSPITAL 1900 Silver Cross Blvd Attn: Patient Accounts New Lenox, IL 60451 | Unsecured Payment Status: Valid To Pay | | $575.00 | $575.80 | $575.80 |
| 8 300 7100 | CAPITAL RECOVERY V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami, FL 33131-1605 | Unsecured Payment Status: Valid To Pay | | $0.00 | $371.98 | $371.98 |
| 9 300 7100 | US DEPT OF EDUCATION CLAIMS FILING UNIT PO BOX 8973 MADISON WI 53708-8973 | Unsecured Payment Status: Valid To Pay | | $37,793.00 | $42,214.66 | $42,214.66 |
| 10 300 7100 | US DEPT OF EDUCATION CLAIMS FILING UNIT PO BOX 8973 MADISON WI 53708-8973 | Unsecured Payment Status: Valid To Pay | | $22,040.00 | $22,927.62 | $22,927.62 |
| 11 300 7100 | AMERICAN INFOSOURCE LP AS AGENT FOR DIRECTV, LLC PO Box 51178 Los Angeles, CA 90051-5478 | Unsecured Payment Status: Valid To Pay | | $0.00 | $338.64 | $338.64 |
| | Case Totals | | | $97,557.00 | $172,448.35 | $172,448.35 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-25417
Case Name: KAREN A. CUNNINGHAM
Trustee Name: Peter N. Metrou, Trustee

Balance on hand $ 100,470.69

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 9,543.27 | $ 0.00 | $ 9,543.27 |
| Trustee Expenses: Peter N. Metrou | $ 55.63 | $ 0.00 | $ 55.63 |
| Attorney for Trustee Fees: Law Office Of William J. Factor | $ 41,803.50 | $ 22,566.00 | $ 19,237.50 |
| Attorney for Trustee Expenses: Law Office Of William J. Factor | $ 1,927.85 | $ 1,508.99 | $ 418.86 |

Total to be paid for chapter 7 administrative expenses $ 29,255.26

Remaining Balance $ 71,215.43

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 106,741.84 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 66.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $ 4,670.39 | $ 0.00 | $ 3,115.96 |
| 2 | CAVALRY SPV I, LLC SYNCHRONY BANK/JCP | $ 1,164.07 | $ 0.00 | $ 776.64 |
| 3 | BANK OF THE WEST | $ 24,752.52 | $ 0.00 | $ 16,514.25 |
| 4 | CAPITAL ONE BANK (USA), N.A. | $ 6,192.58 | $ 0.00 | $ 4,131.53 |
| 5 | CAPITAL ONE, N.A. | $ 3,533.58 | $ 0.00 | $ 2,357.51 |
| 7 | SILVER CROSS HOSPITAL | $ 575.80 | $ 0.00 | $ 384.16 |
| 8 | CAPITAL RECOVERY V, LLC | $ 371.98 | $ 0.00 | $ 248.18 |
| 9 | US DEPT OF EDUCATION | $ 42,214.66 | $ 0.00 | $ 28,164.54 |
| 10 | US DEPT OF EDUCATION | $ 22,927.62 | $ 0.00 | $ 15,296.72 |
| 11 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 338.64 | $ 0.00 | $ 225.94 |

Total to be paid to timely general unsecured creditors   $ 71,215.43

Remaining Balance   $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE