UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KAREN A. CUNNINGHAM | § | Case No. 15-25417 |
| | § | |
| Debtor | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 800.00 *(Without deducting any secured claims)* | Assets Exempt: 136,854.09 |
| Total Distributions to Claimants: 72,362.93 | Claims Discharged Without Payment: 96,827.98 |
| Total Expenses of Administration: 53,502.42 | |

3) Total gross receipts of $ 125,865.35  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 125,865.35  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 54,649.92 | 53,502.42 | 53,502.42 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 12,376.26 | 12,376.26 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 160,006.07 | 106,741.84 | 106,741.84 | 72,362.93 |
| **TOTAL DISBURSEMENTS** | $ 160,006.07 | $ 173,768.02 | $ 172,620.52 | $ 125,865.35 |

4) This case was originally filed under chapter 7 on 07/27/2015 . The case was pending for 30 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/03/2018      By:/s/Peter N. Metrou, Trustee
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| DISSIPATION JUDGMENT | 1129-000 | 40,865.35 |
| Fraudulent/preferential transfer/Divorce Attorney | 1141-000 | 40,000.00 |
| Fraudulent/preferential transfer/Debtor Parent | 1241-000 | 45,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 125,865.35** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 9,543.27 | 9,543.27 | 9,543.27 |
| Peter N. Metrou | 2200-000 | NA | 55.63 | 55.63 | 55.63 |
| LTD. International Sureties | 2300-000 | NA | 39.89 | 39.89 | 39.89 |
| Associated Bank | 2600-000 | NA | 1,279.78 | 1,279.78 | 1,279.78 |
| Law Office Of William J. Factor | 3210-000 | NA | 41,803.50 | 40,656.00 | 40,656.00 |
| Law Office Of William J. Factor | 3220-000 | NA | 1,927.85 | 1,927.85 | 1,927.85 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 54,649.92 | $ 53,502.42 | $ 53,502.42 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | DEAN CUNNINGHAM | 5800-000 | NA | 12,376.26 | 12,376.26 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 12,376.26 | $ 12,376.26 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Associated Radiologists of Joliet 39069 Treasury Center Chicago, IL 60694 | | 28.00 | NA | NA | 0.00 |
| | Bank Of America Attention: Recovery Department 4161 Peidmont Pkwy. Greensboro, NC 27410 | | 978.00 | NA | NA | 0.00 |
| | Chase Card Po Box 15298 Wilmington, DE 19850 | | 9,522.00 | NA | NA | 0.00 |
| | Chase Card Po Box 15298 Wilmington, DE 19850 | | 1,186.00 | NA | NA | 0.00 |
| | Chase Card Po Box 15298 Wilmington, DE 19850 | | 949.00 | NA | NA | 0.00 |
| | Chase Card Po Box 15298 Wilmington, DE 19850 | | 1,229.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Card Po Box 15298 Wilmington, DE 19850 | | 6,105.00 | NA | NA | 0.00 |
| | Chase Card Po Box 15298 Wilmington, DE 19850 | | 7,956.00 | NA | NA | 0.00 |
| | Chase Card Po Box 15298 Wilmington, DE 19850 | | 18,858.00 | NA | NA | 0.00 |
| | Check Systems, Inc. Attn: Customer Relations 7805 Hudson Road, Ste 100 Woodbury, MN 55125 | | 0.00 | NA | NA | 0.00 |
| | Dr. Doug Vaselakos PSY.D. 700 Ravinia Orland Park, IL 60462 | | 6,908.80 | NA | NA | 0.00 |
| | Dr. Doug Vaselakos PSY.D. 700 Ravinia Orland Park, IL 60462 | | 30.00 | NA | NA | 0.00 |
| | Dr. Doug Vaselakos PSY.D. 700 Ravinia Orland Park, IL 60462 | | 693.27 | NA | NA | 0.00 |
| | Dr. Stephen M. Heaney 64 Orland Square Suite 216 Orland Park, IL 60462 | | 1,430.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | EMS Strategies P.O. Box 1208 Bedford Park, IL 60499 | | 32.00 | NA | NA | 0.00 |
| | Equifax Information Services, LLC P.O. Box 740256 Atlanta, GA 30374-0256 | | 0.00 | NA | NA | 0.00 |
| | Experian P.O. Box 9701 Allen, TX 75013-9701 | | 0.00 | NA | NA | 0.00 |
| | Financial Services P.O. Box 851001 Dallas, TX 75285 | | 683.00 | NA | NA | 0.00 |
| | Kohls/capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | 3,533.00 | NA | NA | 0.00 |
| | New Century Fcu 291 Springfield Ave Joliet, IL 60435 | | 1,328.00 | NA | NA | 0.00 |
| | Surgical Consultants 2 Uno Circle 1st Floor Joliet, IL 60435 | | 1,000.00 | NA | NA | 0.00 |
| | TransUnion Consumer Solutions P.O. Box 2000 Chester, PA 19022-2002 | | 0.00 | NA | NA | 0.00 |
| | V&R Behavioral 700 Ravinia Orland Park, IL 60462 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 338.64 | 338.64 | 229.58 |
| 3 | BANK OF THE WEST | 7100-000 | 24,752.00 | 24,752.52 | 24,752.52 | 16,780.34 |
| 4 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 6,192.00 | 6,192.58 | 6,192.58 | 4,198.10 |
| 5 | CAPITAL ONE, N.A. | 7100-000 | 371.00 | 3,533.58 | 3,533.58 | 2,395.50 |
| 8 | CAPITAL RECOVERY V, LLC | 7100-000 | NA | 371.98 | 371.98 | 252.17 |
| 2 | CAVALRY SPV I, LLC SYNCHRONY BANK/JCP | 7100-000 | 1,164.00 | 1,164.07 | 1,164.07 | 789.15 |
| 1 | DISCOVER BANK | 7100-000 | 4,670.00 | 4,670.39 | 4,670.39 | 3,166.17 |
| 7 | SILVER CROSS HOSPITAL | 7100-000 | 575.00 | 575.80 | 575.80 | 390.35 |
| 10 | US DEPT OF EDUCATION | 7100-000 | 22,040.00 | 22,927.62 | 22,927.62 | 15,543.21 |
| 9 | US DEPT OF EDUCATION | 7100-000 | 37,793.00 | 42,214.66 | 42,214.66 | 28,618.36 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 160,006.07 | $ 106,741.84 | $ 106,741.84 | $ 72,362.93 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-25417 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | KAREN A. CUNNINGHAM | | | | Date Filed (f) or Converted (c): | 07/27/2015 (f) |
| | | | | | 341(a) Meeting Date: | 08/24/2015 |
| For Period Ending: | 01/03/2018 | | | | Claims Bar Date: | 12/07/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. HARRIS BANK - CHECKING | 200.00 | 0.00 | | 0.00 | FA |
| 2. MISCELLANEOUS HOUSEHOLD | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. EVERYDAY APPAREL | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. MISCELLANEOUS JEWELRY | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. IRA - DEUTSCH & WEALTH | 12,000.00 | 0.00 | | 0.00 | FA |
| 6. DEAN CUNNINGHAM - $2,250.00 MONTHLY CHILD SUPPORT | 0.00 | 0.00 | | 0.00 | FA |
| 7. DISSIPATION JUDGMENT | 52,206.00 | 52,206.00 | | 40,865.35 | FA |
| 8. 2009 BUICK ENCLAVE - 103,000 MILES | 5,000.00 | 0.00 | | 0.00 | FA |
| 9. Fraudulent/preferential transfer/Divorce Attorney | 120,000.00 | 40,000.00 | | 40,000.00 | FA |
| 10. Fraudulent/preferential transfer/Debtor Parent (u) | 0.00 | 45,000.00 | | 45,000.00 | FA |
| 11. Maintenance and Child Support Distribution | 65,248.09 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $257,654.09 | $137,206.00 | | $125,865.35 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Investigation into various transfers made by Debtor and marital assets 8/24/2015. Employed counsel to pursue preferential/fraudulent transfers and dissipation judgment on 10/30/2015 see Dkt# 23.  Adversary filed for preferential transfer on 11/20/2015 see Dkt# 27. Motion to settle granted on 7/15/2016 see Dkt# 33. Motion for 2004 exam granted on 7/15/2016 see Dkt# 32. Motion to Object to Debtor's Exemptions granted on 10/21/2016 see Dkt# 44.

 Emails to and from Atty Ariane H. regarding liquidation of ex-spouse car per citation and payment of exemption  1-31-2017. Filed motion to employ accountant on 5/2/2017 see Dkt# 51.
Filed Mt to Settle 3/16/17 See Dkt# 49. TFR filed 10/13/17 see Dkt#54.

RE PROP #         9    --    Preferential Transfer made to divorce attorney for debtor.

RE PROP #        10    --    Settlement of undisclosed fraudulent/pref transfer to Debtor's Mother.

Initial Projected Date of Final Report (TFR): 10/01/2015          Current Projected Date of Final Report (TFR): 03/30/2017

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-25417 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: KAREN A. CUNNINGHAM | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5678 |
| | Checking |
| Taxpayer ID No: XX-XXX4011 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 01/03/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/12/16 | 9 | Panos & Associates 4349 Orland Park | Payment on settlement per court order/approval | 1141-000 | $20,000.00 | | $20,000.00 |
| 08/26/16 | 9 | Panos & Associates 4349 Orland Park | Court Approved Payment Collection of preferential payment per court approval | 1141-000 | $2,000.00 | | $22,000.00 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.75 | $21,980.25 |
| 09/21/16 | 9 | Panos & Associates, LLC 12820 South Ridgeland, Ste A Palos Heights, IL 60463 | Payment on settlement Payment on preferential transfer settlement per court order. | 1141-000 | $2,000.00 | | $23,980.25 |
| 10/04/16 | 10 | Patricia Burke 4348 Orland Hills | Undisclosed preferential/fraudulent transfer Court approve settlement payment on fraudulent/pref transfer | 1241-000 | $5,000.00 | | $28,980.25 |
| 10/04/16 | 10 | Patricia Burke 4348 Orland Hills | Undisclosed preferential/fraudulent transfer Court approved Settlement proceeds from fraud/pref transfer | 1241-000 | $45,000.00 | | $73,980.25 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.58 | $73,947.67 |
| 10/12/16 | 9 | Panos & Associates, LLC 12820 South Ridgeland, Ste A Palos Heights, IL 60463 | Payment on Settlement per court approval | 1141-000 | $2,000.00 | | $75,947.67 |
| 10/12/16 | 10 | Patricia Burke | Payment on settlement. Note that the original log entry was voided because I put the wrong amount on the deposit. Entry was made for $45,000.00 when it should have been $40,000.00 Mistake was made because there was another deposit for $5,000.00 for total deposits that day of $45,000.00. | 1241-000 | $40,000.00 | | $115,947.67 |

Page Subtotals: $116,000.00   $52.33

UST Form 101-7-TDR (10/1/2010) (Page: 11)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-25417 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: KAREN A. CUNNINGHAM | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5678 |
| | Checking |
| Taxpayer ID No: XX-XXX4011 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 01/03/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/12/16 | 10 | Patricia Burke<br>4348 Orland Hills | Undisclosed preferential/fraudulent transfer Reversal<br>Entered wrong deposit amount. Deposit should have been $40,000.00. | 1241-000 | ($45,000.00) | | $70,947.67 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $97.93 | $70,849.74 |
| 11/09/16 | 9 | Panos & Associates, LLC<br>12820 South Ridgeland, Ste A<br>Palos Heights, IL 60463 | Payment on settlement<br>Payment on court approved settlement of preferential transfer. | 1141-000 | $2,000.00 | | $72,849.74 |
| 11/14/16 | 7 | TD Ameritrade Clearing<br>P.O. Box 2226<br>Omaha, NE 68103-2226 | Collection on dissolution judgment<br>State court collection proceeding on citation to discover assets on dissolution of marriage judgment. | 1129-000 | $17,865.35 | | $90,715.09 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $118.61 | $90,596.48 |
| 12/09/16 | 9 | Panos & Associates, LLC<br>12820 South Ridgeland, Ste A<br>Palos Heights, IL 60463 | Court Approved Payment<br>Payment on Preference/fraudulent transfer settlement | 1141-000 | $2,000.00 | | $92,596.48 |
| 12/14/16 | 101 | Law Office Of William J. Factor<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Attorneys fees and costs<br>Interim Fees and Costs per Order dckt# 46 | | | $24,074.99 | $68,521.49 |
| | | Law Office Of William J. Factor | | ($22,566.00) | 3210-000 | | |
| | | Law Office Of William J. Factor | | ($1,508.99) | 3220-000 | | |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $124.20 | $68,397.29 |
| 01/18/17 | 9 | Panos & Associates, LLC.<br>12820 South Ridgeland, Ste A<br>Palos Heights, IL 60463 | Payment on settlement<br>Payment on account of settlement approved by court | 1141-000 | $2,000.00 | | $70,397.29 |

Page Subtotals: ($21,134.65) $24,415.73

UST Form 101-7-TDR (10/1/2010) (Page: 12)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 15-25417
Case Name: KAREN A. CUNNINGHAM
Taxpayer ID No: XX-XXX4011
For Period Ending: 01/03/2018

Trustee Name: Peter N. Metrou, Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX5678
Checking
Blanket Bond (per case limit): $1,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $103.05 | $70,294.24 |
| 02/07/17 | 102 | LTD. International Sureties<br>701 Poydras St.<br>New Orleans, LA 70139 | Bond Payment | 2300-000 | | $39.89 | $70,254.35 |
| 02/14/17 | 9 | Panos & Associates, P.C.<br>12820 South Ridgeland, Ste A<br>Palos Heights, IL 60463 | Court Approved Payment<br>See dckt for court approved settlement | 1141-000 | $2,000.00 | | $72,254.35 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $95.81 | $72,158.54 |
| 03/13/17 | 9 | Panos & Associates, LLC<br>12820 South Ridgeland, Ste A<br>Palos Heights, IL 60463 | Payment on settlement<br>Installment payment on preferential settlement | 1141-000 | $2,000.00 | | $74,158.54 |
| 03/20/17 | 7 | Dean Cunningham<br>No address on Check<br>Issued by Oak Lawn Bank & Trust | Settlement payment<br>Partial Payment on Dissolution of Marriage asset subject to court approval-motion set for 4/7/2017 | 1129-000 | $15,000.00 | | $89,158.54 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $117.73 | $89,040.81 |
| 04/14/17 | 9 | Panos & Associates, LLC<br>12820 South Ridgeland, Ste A<br>Palos Heights, IL 60463 | Payment on settlement<br>Payment on Court approved per dckt# | 1141-000 | $2,000.00 | | $91,040.81 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $129.74 | $90,911.07 |
| 05/08/17 | 7 | Dean J. Cunningham | Court Approved Payment<br>Final payment on settlement per dckt# 50 | 1129-000 | $8,000.00 | | $98,911.07 |
| 05/17/17 | 9 | Panos & Associates, LLC<br>12820 South Ridgeland, Ste A<br>Palos Heights, IL 60463 | Court Approved Payment<br>Payment on Court approved settlement see dckt# 30/33 | 1141-000 | $2,000.00 | | $100,911.07 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $145.79 | $100,765.28 |

Page Subtotals: $31,000.00 $632.01

UST Form 101-7-TDR (10/1/2010) (Page: 13)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-25417 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: KAREN A. CUNNINGHAM | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5678 |
| | Checking |
| Taxpayer ID No: XX-XXX4011 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 01/03/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $144.98 | $100,620.30 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $149.61 | $100,470.69 |
| 12/11/17 | 103 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Distribution | | | $9,598.90 | $90,871.79 |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. | ($9,543.27) | 2100-000 | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. | ($55.63) | 2200-000 | | |
| 12/11/17 | 104 | Law Office Of William J. Factor<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Distribution | | | $18,508.86 | $72,362.93 |
| | | Law Office Of William J. Factor | Final distribution representing a payment of 100.00 % per court order. | ($18,090.00) | 3210-000 | | |
| | | Law Office Of William J. Factor | Final distribution representing a payment of 100.00 % per court order. | ($418.86) | 3220-000 | | |
| 12/11/17 | 105 | DISCOVER BANK<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final distribution to claim 1 representing a payment of 67.79 % per court order. | 7100-000 | | $3,166.17 | $69,196.76 |
| 12/11/17 | 106 | CAVALRY SPV I, LLC SYNCHRONY BANK/JCP<br>500 SUMMIT LAKE DRIVE, STE 400<br>VALHALLA, NY 10595 | Final distribution to claim 2 representing a payment of 67.79 % per court order. | 7100-000 | | $789.15 | $68,407.61 |
| 12/11/17 | 107 | BANK OF THE WEST<br>2527 CAMINO RAMON<br>SAN RAMON, CA 94583 | Final distribution to claim 3 representing a payment of 67.79 % per court order. | 7100-000 | | $16,780.34 | $51,627.27 |
| 12/11/17 | 108 | CAPITAL ONE BANK (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Final distribution to claim 4 representing a payment of 67.79 % per court order. | 7100-000 | | $4,198.10 | $47,429.17 |

Page Subtotals: $0.00   $53,336.11

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-25417 | Trustee Name: | Peter N. Metrou, Trustee |
| --- | --- | --- | --- |
| Case Name: | KAREN A. CUNNINGHAM | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5678 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX4011 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 01/03/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/11/17 | 109 | CAPITAL ONE, N.A.<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Final distribution to claim 5 representing a payment of 67.79 % per court order. | 7100-000 | | $2,395.50 | $45,033.67 |
| 12/11/17 | 110 | SILVER CROSS HOSPITAL<br>1900 Silver Cross Blvd<br>Attn: Patient Accounts<br>New Lenox, IL  60451 | Final distribution to claim 7 representing a payment of 67.79 % per court order. | 7100-000 | | $390.35 | $44,643.32 |
| 12/11/17 | 111 | CAPITAL RECOVERY V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL  33131-1605 | Final distribution to claim 8 representing a payment of 67.79 % per court order. | 7100-000 | | $252.17 | $44,391.15 |
| 12/11/17 | 112 | US DEPT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON WI 53708-8973 | Final distribution to claim 9 representing a payment of 67.79 % per court order. | 7100-000 | | $28,618.36 | $15,772.79 |
| 12/11/17 | 113 | US DEPT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON WI 53708-8973 | Final distribution to claim 10 representing a payment of 67.79 % per court order. | 7100-000 | | $15,543.21 | $229.58 |
| 12/11/17 | 114 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>DIRECTV, LLC<br>PO Box 51178<br>Los Angeles, CA  90051-5478 | Final distribution to claim 11 representing a payment of 67.79 % per court order. | 7100-000 | | $229.58 | $0.00 |

| | | |
| --- | --- | --- |
| COLUMN TOTALS | $125,865.35 | $125,865.35 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $125,865.35 | $125,865.35 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $125,865.35 | $125,865.35 |

Page Subtotals: $0.00  $47,429.17

UST Form 101-7-TDR (10/1/2010) (Page: 15)

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5678 - Checking | $125,865.35 | $125,865.35 | $0.00 |
|  | $125,865.35 | $125,865.35 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $125,865.35 |
| Total Gross Receipts: | $125,865.35 |